## CHAMBERLIN v. FEARNOW.

No. 4401.   Opinion Filed April 27, 1915.

(148 Pac. 138.)

**APPEAL AND ERROR—Affirmance—Failure to File Briefs.** Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the judgment of the trial court will be afffirmed.

(Syllabus by Dudley, C.)

*Error from District Court, Kay County;*

*Wm. Bowles, Judge.*

Action by William Chamberlin against Clifford Fearnow. Judgment for defendant, and plaintiff brings error. Affirmed.

Form No. 6

*W. K. Moore,* for plaintiff in error.

*James Q. Louthau,* for defendant in error.

DUDLEY, C. The petition in error and the transcript of the record in this case was filed in this court on September 28, 1912. Neither party has filed a brief, nor have they offered any excuse for the failure to do so. It is evident that the proceedings have been abandoned.

The judgment of the trial court should therefore be affirmed, under rule 7 of this court (38 Okla. vi, 137 Pac. ix). *Nicholson. v. Barnes,* 42 Okla. 250, 140 Pac. 1155.

By the Court: It is so ordered.